| | |
|---|---|
| 1 | **THE LAW OFFICES OF JOHN L. BURRIS** |
| 2 | JOHN L. BURRIS, Esq. (SBN 69888) |
|   | Airport Corporate Centre |
| 3 | 7677 Oakport Street, Suite 1120 |
| 4 | Oakland, California 94621 |
|   | Telephone: (510) 839-5200 |
| 5 | Facsimile: (510) 839-3882 |
| 6 | john.burris@johnburrislaw.com |
| 7 | **THE LAW OFFICES OF JOHN L. BURRIS** |
| 8 | DeWITT M. LACY, Esq. (SBN 258789) |
|   | 9701 Wilshire Blvd., Suite 1000 |
| 9 | Beverly Hills, California 90212 |
| 10| Telephone: (310) 601-7070 |
|   | Facsimile: (510) 839-3882 |
| 11| dewitt.lacy@johnburrislaw.com |
| 12| Attorneys for Plaintiff(s) |
| 13| Teresa Perkins |

**UNITED STATE DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA PERKINS, as Successor-in-Interest to Decedent Justin Perkins; and DAVID MICHAEL PERKINS<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANAHEIM, a municipal corporation; SHIAO WANG, individually and in his capacity as a police officer for the CITY OF ANAHEIM; KENNY LEE, individually and in his capacity as a police officer for the CITY OF ANAHEIM; KENNETH EDGAR, individually and in his capacity as a police officer for the CITY OF ANAHEIM; RICKY REYNOSO, individually and in his capacity as a police officer for the CITY OF ANAHEIM; CASEY MORRISON, individually and in his capacity as a | Case No.: 8:19-cv-00315-JLS-JDE<br><br>*(Hon. Josephine L. Staton)*<br><br>**DECLARATION OF DeWITT M. LACY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Plaintiff's Separate Statement of Disputed Material Facts and Additional Material Facts; Evidentiary Objections; Memorandum of Points and Authorities; Declarations; and Exhibits filed concurrently herewith*] |

police officer for the CITY OF ANAHEIM; and DOES 1-50, inclusive, individually and in their official capacities as Police Officers for the CITY OF ANAHEIM Police Department

Defendants.

1. I am an attorney at law licensed to practice before all courts in the State of California and am an associate with THE LAW OFFICES OF JOHN L. BURRIS, attorneys of record herein for Plaintiff. I am one of the attorneys responsible for the handling of the Plaintiff's case. If called upon to testify in this matter, I could and would competently testify to the facts set forth in this declaration, all of which are within my personal knowledge. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the Deposition of Defendant Shiao Wang taken on 9/2/2020, pertaining to this matter.

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts from the Deposition of Defendant Kenny Lee taken on 9/2/2020, pertaining to this matter.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Shiao Wang's Body Worn Camera on 10/27/2018, pertaining to this matter.

5. Attached hereto as Exhibit D is a true and correct copy of Defendant Kenny Lee's Body Worn Camera on 10/27/2018, pertaining to this matter.

6. Attached hereto as Exhibit E is a true and correct copy of relevant excerpts from the Deposition of Defendant Ricky Reynoso on 9/4/2020, pertaining to this matter.

PG. 2     Case No. 8:19-cv-00315-JLS-JDE
**DECLARATION OF DEWITT M. LACY**

7.  Attached hereto as Exhibit F is a true and correct copy of the Anaheim Police Department Policy 418 on Mental Illness Commitments, pertaining to this matter.

8.  Attached hereto as Exhibit G is a true and correct copy of relevant excerpts from the Deposition of Plaintiff Teresa Perkins taken on 8/28/2020, pertaining to this matter.

9.  Attached hereto as Exhibit H is a true and correct copy of Defendant Kenneth Edgar's Body Worn Camera on 10/27/2018, pertaining to this matter.

10. Attached hereto as Exhibit I is a true and correct copy of Defendant Ricky Reynoso's Body Worn Camera on 10/27/2018, pertaining to this matter.

11. Attached hereto as Exhibit J is a true and correct copy of relevant excerpts from the Deposition of Bennet Omalu, M.D., taken on 12/4/2020, pertaining to this matter.

12. Attached hereto as Exhibit K is a true and correct copy of the Orange County District Attorney's Office Taser Analysis from January 30, 2019, pertaining to this matter.

13. Attached hereto as Exhibit L is a true and correct copy of the relevant excerpts of Decedent Justin Perkins medical records from West Anaheim Medical Center from 10/27/18, pertaining to this matter.

14. Attached hereto as Exhibit M is a true and correct copy of relevant excerpts from the Deposition of Plaintiff David Michael Perkins taken on 10/2/2019, pertaining to this matter.

15. Attached hereto as Exhibit N is a true and correct copy of the Anaheim Police Department Policy 300 on Use of Force, pertaining to this matter.

The Law Offices of John L. Burris
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

16. Attached hereto as Exhibit O is a true and correct copy of the Carotid Restraint Technique Manual utilized by the Anaheim Police Department, pertaining to this matter.

17. Attached hereto as Exhibit P is a true and correct copy of the Anaheim Police Department Policy 309 on Conducted Electrical Weapon, pertaining to this matter.

18. Attached hereto as Exhibit Q is a true and correct copy of the Carotid Control Hold by Anaheim Police Department Arrest and Control Staff, pertaining to this matter.

19. Attached hereto as Exhibit R is a true and correct copy of relevant excerpts from the Deposition of Defendant Kenneth Edgar on 9/3/2020, pertaining to this matter.

20. Attached hereto as Exhibit S is a true and correct copy of the Carotid Restraint Control Hold Instructor Course Presentation utilized by Anaheim Police Department, pertaining to this incident.

21. Attached hereto as Exhibit T is a true and correct copy of relevant excerpts from the Deposition of Defendant Casey Morrison on 9/3/2020, pertaining to this matter.

22. Attached hereto as Exhibit U is a true and correct copy of the Anaheim Police Department Policy 306 on Handcuffing and Restraints, pertaining to this matter.

23. Attached hereto as Exhibit V is a true and correct copy of the Anaheim Police Department Roll Call Training – P.E.P. Technique, pertaining to this matter.

24. Attached hereto as Exhibit W is a true and correct copy of the Anaheim Police Department Training on "Interacting Effectively with Mentally Ill Presentation," pertaining to this incident.

25. Attached hereto as Exhibit X is a true and correct copy of the P.O.S.T. Perishable Skills – Arrest and Control Training.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2021 in Beverly Hills, California.

_____/s/ *DeWitt M. Lacy*_____
DeWitt M. Lacy