# Exhibit K



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

AXON.COM

January 30, 2019

Investigator Pedro Montez
Orange County District Attorney's Office
401 Civic Center Drive West
Santa Ana, CA 92701
Phone: 714-664-3971
Email: Pedro.montez@da.ocgov.com
Case No: SA 18-034
Report # TS339323

<b>Executive Summary</b>

Devices Tested and/or Analyzed: TASER® X26P™ Conducted Electrical Weapon (CEW) with serial number X13004WWX (the X26P CEW X13004WWX) paired with a Performance Power Magazine (PPM) with serial number E18572924; the X26P CEW with serial number X13004X2K (the X26P CEW X13004X2K) paired with a PPM with serial number E18571280; and contents of the evidence envelopes labelled "Item 6.1", "Item 7.1", "EM9", "EM10", "Item 9", and "Item 10".

**Primary Findings:**

**The X26P CEW X13004WWX:**

- was trigger activated 1 time on October 27, 2018;
- experienced clock drift of 20 seconds fast (ahead) on October 27, 2018;
- had an intermittent electrical connection on Activation Sequence 391 and would not have had potential for full effectiveness;
- did not record any faults or errors that would be expected to impede functionality on October 27, 2018;
- is operating within published specifications; and
- does not have any visual damage that would be expected to impede functionality.

**The X26P CEW X13004X2K:**

- was trigger activated 1 time on October 27, 2018;
- experienced clock drift of 5 seconds slow (behind) on October 27, 2018;
- had a complete electrical connection on Activation Sequence 449 and had potential for effective NMI if all conditions for NMI were met;
- did not record any faults or errors that would be expected to impede functionality on October 27, 2018;
- is operating within published specifications; and
- does not have any visual damage that would be expected to impede

1



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

functionality.

**The Probe, Wire, and Cartridge Inspection showed:**

- Cartridge C4106241X is deployed and has all expected components in-tact;
- Cartridge C410623RN is deployed and has all expected components in-tact;
- The "EM9" probe is missing the rear half of the body and wire knot. The barbed end is severely bent, indicating it struck a hard object or was bent after impact.
- The "EM10" Probe 1 is missing the wire knot, preventing the wire knot analysis. The barbed end is straight and appears visually clean and free of foreign material.
- The "EM10" Probe 2 is missing the wire knot, preventing the wire knot analysis. The barbed end is slightly bent and appears visually clean and free of foreign material.
- The "Item 9" wire bundle contains a rear half of a cartridge probe and may belong to the "EM9" probe half. The wire knot is present in the rear probe and shows evidence of electrical discharge.
- Four ends of wire were located within the "EM9" bundle. Three ends appear broken due to wire stretching and the fourth end shows evidence of electrical discharge.
- The wire end with evidence of electrical discharge does not appear to have come from a probe's wire knot.
- The "Item 10" wire bundle does not contain any probes or probe sections. 3 ends of wire were located within the bundle and each end appears broken due to wire stretch.

**Report from Axon Enterprise, Inc.**
**Download and Electrical Analysis of TASER X26P CEWs X13004WWX and X13004X2K, TS #339323**

**Report:**

Axon Enterprise, Inc. (Axon) was asked to conduct an electrical analysis of the X26P CEWs with serial numbers X13004WWX and X13004X2K (both manufactured on November 3, 2016) to determine if the weapons are operating within manufacturer's specifications, and provide a download analysis of the CEWs' Trilogy Logs in reference to a reported incident on October 27, 2018. An inspection and analysis were also requested on the deployed CEW cartridges with serial numbers C410623RN and C4106241X (both manufactured on October 27, 2016), wire, and probes submitted with the X26P CEWs. The X26P CEWs, their PPMs, deployed cartridges, wire, probes and other evidentiary items were received by Axon on December 18, 2018 via FedEx Standard Overnight, tracking number 813685223210.

ANA-01912



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255
———
AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

The X26P CEW X13004WWX and its PPM were received in an unsealed handgun box labelled "Item 6". The X26P CEW X13004X2K and its PPM were received in an unsealed handgun box labelled "Item 7".  An unsealed evidence envelope labelled "Item 5" contained 11 small evidence envelopes labelled EM1 to EM5, EM7, EM9 (containing a probe), EM10 (containing 2 probes), and 2 envelopes labelled "AFIDs BTWN EM1-4" and "AFIDS BTWN EM4-8". The envelopes containing the probes were not sealed. Two sealed envelopes labelled "Item 9" and "Item 10" contained wire and the rear half of the body of one cartridge probe (not including the barbed end). Two sealed envelopes labelled "Item 6.1" and "Item 7.1" contained deployed 25' Standard cartridges with serial numbers C4106241X (Item 6.1) and C410623RN (Item 7.1).

The download and electrical analysis, along with a physical inspection of the X26P CEWs, were performed at Axon's headquarters in Scottsdale, Arizona, on January 23, 2019. The inspection and analysis of the cartridges, probes, and wire were performed at Axon's headquarters in Scottsdale, Arizona, on January 24, 2019.

The evidence envelopes labelled EM1 to EM5, EM7, and 2 envelopes labelled "AFIDs BTWN EM1-4" and "AFIDS BTWN EM4-8" were not opened or analyzed for this report.

1.  **X26P CEW Generally:**

The TASER X26P CEW (first available in January 2013), pictured below in Figure 2.1.1 below, is a single-cartridge CEW in the Axon Smart CEW line, available in black or yellow.

ANA-01913



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

*Figure 2.1.1 – X26P CEW Basics*

**Standard Cartridges:** The X26P uses standard TASER CEW cartridges, which are deployed by the electrical arc of the CEW when the trigger is pulled.

**Safety Switch:** The X26P features an ambidextrous safety switch. When the safety switch is placed in the Armed (up) position, the weapon is ready to activate. The X26P will arm anytime the safety switch is placed in the Armed position, except when in

ANA-01914



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON ENTERPRISE**

Universal Serial Bus (USB) mode. The X26P enters safe mode when the safety switch is placed in the Safe (down) position.

***Trigger:*** When the X26P is armed and the trigger is pulled, it will activate the high voltage pulses, deploying a live cartridge in the cartridge bay, remaining active for 5 seconds at 19 ± 1 pulses per second (pps). If the trigger is pulled and then released, after 5 seconds the high voltage activation will stop. With a standard battery pack, Digital Power Magazine (DPM), if the trigger is held beyond 5 seconds, the high voltage will remain active as long as the trigger is held or until the battery is depleted, whichever occurs first. If the safety is placed in the Safe position during any active cycle, the CEW will immediately end the discharge and turn off. Axon also offers battery packs that limit each activation to 5 seconds, regardless of the trigger being held (e.g., Auto Shut-Down Performance Power Magazine (APPM)). The APPM gives an audible beeping warning tone at the 4th second of the activation until the activation stops or the trigger is released. With the APPM, another 5-second activation can only be initiated by pulling the trigger again.

***Menu and Selector Button:*** The X26P menu is used to read or change the LASER (Light Amplification by Stimulated Emission of Radiation) and flashlight illumination settings. The illumination menu can be selected by pressing the Selector Button on the top of the weapon while in safe mode. Note that the X26P can be armed with the safety switch and activated at any time, even when the weapon is in the illumination settings. When the X26P is armed, the Selector Button will put the weapon in "stealth" mode, which will dim the Central Information Display (CID) and turn off the LASER and flashlight.

***Trilogy Logs:*** The X26P records information into the Trilogy™ Logs, which consist of the Event Log, the Pulse Logs, and the Engineering Logs.

> **Event Log:** The Event Log is a recording of the date, time, and details of each event that occurs with the X26P, including every time the weapon is armed, the trigger is pulled, the illumination menu is accessed, the time is changed, the safety switch is placed in the safe position, USB mode is entered, the firmware is updated, and more. Relevant events also include the internal temperature of the weapon, the duration of the event (in seconds), and the battery percentage remaining at the time of the event. The Event Log will record approximately 16,000 entries before it will "wrap" and begin to overwrite the oldest entries.

> **Pulse Logs:** The Pulse Logs are a recording of every pulse that is generated by the X26P. There are 3 measurements recorded for each pulse: (1) the voltage across the stimulation capacitor; (2) the voltage across the arc capacitor; and (3) the charge delivered from the X26P output. The Pulse Log is

ANA-01915



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

AXON.COM

an allocated part of memory and records each pulse from each activation, regardless of the duration of the activation. Therefore, the amount of activations stored in the Pulse Log is variable and dependent on the duration of the activations. Based on 5-second activations only, the Pulse Log will store 422 activations before the memory fills up. Once the memory is full it will delete the oldest sector of memory to free up space, which will delete the oldest 40 (5-second) activations. However, based on specific usage, the number of activations stored in the Pulse Log could be more or less.

**Engineering Logs:**  The Engineering Logs are a recording of all activity in the X26P. The Engineering Log records, along with a timestamp, every button push, microprocessor command, circuit status, reported errors, faults and more. The Engineering Logs are only accessible by Axon Engineering and are used for troubleshooting purposes or acquiring deeper information about a specific activation or incident.

*USB:* The X26P is downloaded by connecting the CEW to a proprietary USB pack that inserts into the CEW's battery pack compartment. Once connected to USB, the X26P will enter USB mode and the CEW's Trilogy Logs can be downloaded to a local Personal Computer (PC) or network or uploaded to Evidence.com using Evidence Sync™ software.  USB mode also allows the synchronization of the X26P clock, firmware updates, and configuration setting.

*Effectiveness:* CEWs are designed to cause neuromuscular incapacitation (NMI) when certain conditions are met. These required conditions include, but are not limited to:

- There is a completed and maintained circuit between the electrodes (or probes) to allow electrical current to flow;
- There is sufficient spread, or distance, between the electrodes; and
- There is sufficient motor-nerve mediated muscle mass between the electrodes.

When the X26P is trigger activated and all required conditions are simultaneously met, the subject will likely experience some degree of NMI, in which some of his/her muscles will contract and the subject loses at least some volitional muscle control of the affected muscles.

The effectiveness of a CEW to cause NMI is not always either 100% or 0%. Assuming there is a completed circuit, the level of NMI from a CEW deployment may vary based on several factors, including the spread between the probes, location of the probes on the subject's body, clothing, movement and environmental factors.

ANA-01916



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

TASER INTERNATIONAL IS
NOW **AXON ENTERPRISE**

AXON.COM

### 2. Trilogy Log Download and Analysis for X26P CEW X13004WWX:

The Trilogy logs for the X26P CEW X13004WWX were downloaded using Evidence Sync software version 3.15.89 and proprietary engineering software. The Event Log, Pulse Logs, and Engineering Logs were used for the analysis in this report.

**Clock Drift:** Due to internal component tolerances and environmental conditions, the internal clock of an X26P CEW can drift up to ± 2 minutes per month. The enclosed Event Log, *TASER_X26P_X13004WWX_online.pdf*, indicates that prior to the reported incident on October 27, 2018, the last time synchronization was conducted was on February 6, 2018 (Line 284). Because the clock was running without synchronization for almost 9 months, the potential clock drift on October 27, 2018 would be expected to be up to ± 18 minutes.

The best way to acquire the most accurate clock drift is to download the CEW and synchronize the clock as soon as possible after an incident. In this instance, the CEW clock was synchronized 10 days later, November 6, 2018 (Line 401). At that time, the clock was recorded to be running 21 seconds fast (ahead).

The Event Log indicates the clock in the X26P CEW X13004WWX experienced an average drift of 0.08 seconds per day (00:00:21 / 273 days = 0.08 seconds per day). Because the X26P CEW clock was synchronized 10 days after the incident in question, based on the average drift, the clock would have drifted almost 1 second (0.8 seconds) during that time, so long as the clock drift remained linear.  Therefore, the clock drift on October 27, 2018 is determined to be 20 seconds fast. By subtracting 20 seconds from the timestamps recorded on October 27, 2018, the most accurate time can be calculated.

### 2.1. X13004WWX Event Log Analysis:

The X26P CEW records event information in the Event Log, recording the timestamp, type of event, event duration (rounded up to the nearest second), CEW internal temperature, and calculated battery capacity remaining.

Evidence Sync software version 3.15.89 was used in online mode and logged into the Axon Investigation Services agency set to PST, to download the X26P CEW X13004WWX. The enclosed Event Log, *TASER_X26P_X13004WWX_online.pdf*, indicates that the X26P CEW was trigger activated 1 time on October 27, 2018. The Event Log recorded the following events, including the clock drift corrected times (note, since Daylight Savings time was in effect on October 27, 2018, the times are shown in reference to PDT):

7



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

*Table 2.1- Event Log Event + Clock Drift Correction*

| Line | Recorded Time (PDT) | Corrected Time (PDT) | Event | Duration (seconds) |
|------|---------------------|----------------------|-------|---------------------|
| 390 | 10/27/2018 9:07:50 | 10/27/2018 9:07:30 | Armed | N/A |
| 391 | 10/27/2018 9:07:50 | 10/27/2018 9:07:30 | Trigger | 5 |
| 392 | 10/27/2018 9:12:44 | 10/27/2018 9:12:24 | Safe | 294 (total armed time) |

The Event Log indicates the X26P CEW X13004WWX was running firmware version 04.032 on October 27, 2018.

**2.2.    X13004WWX Pulse Log Analysis:**

The Pulse Graphs available on Evidence.com are created from the Pulse Logs in the CEW, which contain electrical information about every pulse that the CEW discharges. Durations in the Event Log are rounded up to the second, while the durations in the Pulse Graphs are accurate to $1/10^{th}$ (or 0.1) of a second.

The X26P records information in the Pulse Logs, which includes the (1) arc voltage, (2) stimulation (stim) voltage, and (3) output charge.

- The arc voltage is the voltage across the arc capacitors in the X26P's high voltage module. This voltage gives indication of what level the capacitors needed to be in order to produce an electrical arc.
- The stim voltage is the voltage across the stimulation capacitor in the X26P's high voltage module. The stim voltage indicates the voltage that the stimulation capacitor charged up to when an electrical pulse was generated.
- The output charge is the value of the charge (electrical current over time) measured in microcoulombs ($\mu$C). One (1) Coulomb is equal to one (1) ampere over one (1) second, so one (1) microcoulomb is equal to 0.000001 amperes per second.

The Arc and Stim voltages give an indication of the load impedance (high or low) and whether the load was stable or not.

**High Impedance Load**: The load impedance can be high when the cartridge probes partially connect and arc through skin, drive-stun applications, or with probes contacting a subject with high adipose fat tissue content.

**Low Impedance Load**: The load impedance can be low when arcing across the front of the cartridge or cartridge bay, arcing in water, shorted across metal, or with probes contacting a subject with low adipose fat tissue content.

ANA-01918



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

The output charge indicates whether the capacitors discharged. Based on the extreme variation of loads that the X26P output can arc across, the pulse graphs alone cannot determine the exact situation of a CEW discharge, but rather can be combined with other incident-specific information/reports to imply the type of load, if any, the X26P CEW discharged into. The only definite indications the output charge can provide is when no charge is delivered (0 microcoulombs) or if the charge is within specification when the charge is delivered.

The X26P CEW uses Charge Metering to attempt to regulate the output charge to a target level. When the X26P CEW is trigger activated, it charges the arc and stimulation capacitors to a nominal voltage. When the capacitors are signaled to discharge, the output charge is measured. If the charge is lower than the target value (high impedance load), the charge voltage of the arc and stim capacitors is increased. If the charge is higher than the target value, the charge voltage of the and arc and stim capacitors is lowered. The charge is measured again on the next pulse and the voltage is again adjusted accordingly. This algorithm is constantly metering and adjusting the output to keep the charge regulated. If the load impedance is very high, resulting in a low charge, the arc and stim voltages are increased up to a threshold value where it reaches the maximum voltage allowed for the capacitors. The X26P CEW will continue at this maximum value until the charge value is increased to the target value. Once the capacitors are at their maximum permitted voltage, it is impossible to increase the charge unless the load impedance drops. If the load impedance drops and the charge increases above the target value, the X26P CEW will lower the charge voltage on the arc and stim capacitors until the charge drops to the target value.

Because the effectiveness of a CEW is dependent on a variety of factors, including, among others, having a closed circuit, probe spread, and location of the probes, the Pulse Logs alone do not indicate whether an activation was effective or not. The Pulse Logs alone can only determine if there was potential for effectiveness, given the conditions for effectiveness are met.

Although the Pulse Logs give confirmational indication of the type of load the CEW discharged into (or did not discharge), the logs alone cannot indicate with certainty if a trigger activation was initiated with a cartridge or not, nor can it indicate with certainty whether a discharge was through probes of the cartridge or directly to the load in a drive (contact or touch) stun method.

The times displayed in the Pulse Graphs are referenced to PST with Daylight Savings time considered.

Based on the above Event Log and Pulse Graph information, details of the CEW activation on October 27, 2018, and the associated Pulse Graph, are below (the times listed do not include clock drift compensation):

9



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON** ENTERPRISE

**Activation Sequence #391**

The X26P CEW X13004WWX was armed on October 27, 2018 at 09:07:50 PDT as indicated on Line 390. In the same second, the X26P CEW was activated via the trigger switch at 09:07:50 PDT as indicated on Line 391. The graph below indicates that the CEW was active for 5 seconds. The CEW had an output average during the entire duration of 36.3 µC charge, 949 V on the Arc Capacitor, and 2,254 V on the Stimulation capacitor. The graph indicates the X26P CEW X13004WWX had an intermittent connection, discharging into a high impedance load, typical of a clothing disconnect or discharge into a high adipose fat area, with 16 pulses unable to discharge due to extremely high impedance and delivering no charge.

The graph indicates there was no potential for full effectiveness during this deployment due to the high impedance of the load and low charge when discharging, and no effect at all during the times with no discharge.

The X26P CEW X13004WWX was placed in Safe mode at 09:12:44 PDT with no further activations.



*Figure 2.2.1 – X13004WWX Activation Sequence 391 Pulse Graph*

### 2.3.   <u>X13004WWX Engineering Log Analysis:</u>

The Engineering Logs record all activity of the X26P, including event information and faults. The Engineering Log of the X26P CEW X13004WWX was analyzed to determine if there were any faults recorded on October 27, 2018.  The Engineering Log of the X26P CEW X13004WWX recorded no faults or errors with the CEW on October 27, 2018 that would be expected to impede functionality.

ANA-01920



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

The engineering logs also contain a record of each trigger pull and trigger release while the X26P CEW is armed. Although the X26P CEW ignores successive trigger pulls when it is already active, these entries are logged for informational purposes. The X26P CEW X13004WWX recorded the following trigger pulls and releases during the activation on October 27, 2018 (not including any clock drift):

*Table 2.2- X13004WWX Trigger Switch Transitions*

| Activation Line | Trigger Pull Time (PDT) | Trigger Release Time (PDT) |
|:---:|:---:|:---:|
| 391 | 09:07:50 | 09:07:51 |
| 391 | 09:07:51 | 09:07:53 |
| 391 | 09:07:53 | 09:07:54 |

### 3.   Trilogy Log Download and Analysis for X26P CEW X13004X2K:

The Trilogy logs for the X26P CEW X13004X2K were downloaded using Evidence Sync software version 3.15.89 and proprietary engineering software. The Event Log, Pulse Logs, and Engineering Logs were used for the analysis in this report.

**Clock Drift:** Due to internal component tolerances and environmental conditions, the internal clock of an X26P CEW can drift up to ± 2 minutes per month. The enclosed Event Log, *TASER_X26P_X13004X2K_online.pdf*, indicates that prior to the reported incident on October 27, 2018, the last time synchronization was conducted on January 30, 2018 (Line 362). Because the clock was running without synchronization for over 9 months, the potential clock drift on October 27, 2018 would be expected to be up to ± 18 minutes.

The best way to acquire the most accurate clock drift is to download the CEW and synchronize the clock as soon as possible after an incident. In this instance, the CEW clock was synchronized 10 days later, on November 6, 2018 (Line 461). At that time, the clock was recorded to be running 5 seconds slow (behind).

The Event Log indicates the clock in the X26P CEW X13004X2K experienced an average drift of 0.02 seconds per day (00:00:05 / 280 days = 0.02 seconds per day). Because the X26P CEW clock was synchronized 10 days after the incident in question, based on the average drift, the clock would have drifted less than 1 second (0.2 seconds) during that time, so long as the clock drift remained linear. Assuming the clock drift did remain linear, the calculated clock drift on the day of the incident is 5 seconds slow.

### 3.1.   X13004X2K Event Log Analysis:

The X26P CEW records event information in the Event Log, recording the timestamp,

ANA-01921



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

type of event, event duration (rounded up to the nearest second), CEW internal temperature, and calculated battery capacity remaining.

Evidence Sync software version 3.15.89 was used in online mode and logged into the Axon Investigation Services agency set to PDT, to download the X26P CEW X13004X2K. The enclosed Event Log, *TASER_X26P_X13004X2K_online.pdf*, indicates that the X26P CEW X13004X2K was trigger activated 1 time on October 27, 2018. The Event Log recorded the following events, including the clock drift corrected times (note, since Daylight Savings time was in effect on October 27, 2018, the times are shown in reference to PDT):

*Table 3.1- Event Log Event + Clock Drift Correction*

| Line | Recorded Time (PDT) | Corrected Time (PDT) | Event | Duration (seconds) |
|------|---------------------|----------------------|-------|--------------------|
| 448 | 10/27/2018 9:07:51 | 10/27/2018 9:07:56 | Armed | N/A |
| 449 | 10/27/2018 9:07:52 | 10/27/2018 9:07:57 | Trigger | 5 |
| 450 | 10/27/2018 9:12:14 | 10/27/2018 9:12:19 | Safe | 263 (total armed time) |
| 451 | 10/27/2018 17:55:06 | 10/27/2018 17:55:11 | Armed | N/A |
| 452 | 10/27/2018 17:55:07 | 10/27/2018 17:55:12 | Safe | 1 (total armed time) |

The Event Log indicates the X26P CEW X13004X2K was running firmware version 04.032 on October 27, 2018.

### 3.2.  **X13004X2K Pulse Log Analysis:**

See Section 2.2 above for a detailed discussion on X26P Pulse Logs.

Based on the above Event Log information and the Pulse Graph information, details of the CEW activation on October 27, 2018, and the associated Pulse Graph, are below (the times listed do not include clock drift compensation):

ANA-01922



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON** ENTERPRISE

**Activation Sequence #449**

The X26P CEW X13004X2K was armed on October 27, 2018 at 09:07:51 PDT as indicated on Line 448. One (1) second later, the X26P CEW was activated via the trigger switch at 09:07:52 PDT, as indicated on Line 449. The graph below indicates that the CEW was active for 5 seconds. The CEW had an output average during the entire 5 seconds of 66.2 μC charge, 808 V on the Arc Capacitor, and 1,667 V on the Stimulation capacitor. The graph indicates the X26P CEW X13004X2K discharged into a low impedance load, typical of a probe connection with flesh.

The graph indicates there was potential for effective NMI, given all required conditions for NMI (i.e. closed circuit with the subject, sufficient probe spread, sufficient muscle mass between probes, etc.) were met.

The X26P CEW X13004X2K was placed in safe mode at 09:12:14 PDT, as indicated on Line 450. The X26P CEW X13004X2K was armed again over eight (8) hours later at 17:55:06 PDT, then placed in safe mode one (1) second later at 17:55:07 PDT, as indicated on Lines 451 and 542.



*Figure 3.2.1 – X13004X2K Activation Sequence 449 Pulse Graph*

ANA-01923



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

### 3.3.   X13004X2K Engineering Log Analysis:

The Engineering Logs record all activity of the X26P, including event information and faults. The Engineering Log of the X26P CEW was analyzed to determine if there were any faults recorded on October 27, 2018.  The Engineering Log of the X26P CEW recorded no faults or errors with the CEW on October 27, 2018 that would be expected to impede functionality.

The engineering logs also contain a record of each trigger pull and trigger release while the X26P CEW is armed. Although the X26P CEW ignores successive trigger pulls when it is already active, these entries are logged for informational purposes. The X26P CEW X13004X2K recorded the following trigger pulls and releases during the activation on October 27, 2018 (not including any clock drift):

*Table 3.3- X13004X2K Trigger Switch Transitions*

| Activation Line | Trigger Pull Time (PDT) | Trigger Release Time (PDT) |
|---|---|---|
| 449 | 09:07:52 | 09:07:55 |

### 4.   X26P CEW X13004WWX Electrical Analysis:

The X26P CEW was tested for electrical output on January 23, 2019 using the Axon *Certified Test Procedure for Testing to TASER X26, X26P, and X2 Specifications, revision 11.0, dated November 1, 2017*. The testing equipment and facilities are maintained in accordance with Axon's ISO 9001:2015 certification (certificate no 06-R0974).

The output specification test for the X26P is designed to test the critical parameters of the CEW:  charge; pulse duration; and pulse repetition rate.  The test protocol uses an average of at least 8 sample pulses for analysis, i.e., about half a second of output from the CEW. For testing and evaluating the electrical output from a CEW, this sampling method improves the accuracy and consistency of the data versus simply taking a single sampling of the waveform. The electrical measurements are performed from where the waveform exceeds approximately 50 volts in absolute amplitude.

After an initial function test, the X26P CEW was activated 2 times into an Ohmite® LN100J600 600 Ohm non-inductive resistive load. The first load activation tested the pulse rate of the CEW. The second activation tested the Output Charge, Peak Loaded Voltage, and Pulse Duration. The pulses and waveform were measured using a Tektronix® DPO3034 Oscilloscope (SN C011815), calibrated by Tektronix, Inc. with a calibration due date of September 2019, a Tektronix P5100 Voltage Probe calibrated by Tektronix, Inc. with a calibration due date of December 2019, and a Tektronix TCP-

14



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

202 Current Probe (SN B040077), calibrated by Tektronix, Inc. with a due date of December 2019. The Signal Path Compensation procedure was performed on the oscilloscope before testing on January 23, 2019.

The testing performed on the X26P CEW with the original PPM, serial number E18572924, at 56% capacity revealed the CEW is functioning within published specifications for pulse rate, peak loaded voltage, output charge, and pulse duration.

Enclosed in this report are oscilloscope screen graphics and Pulse Graphs from the X26P CEW X13004WWX from the tests. Table 4.1 below displays the testing results for the X26P CEW X13004WWX:

*Table 4.1 – X13004WWX Results*

| Measures | Full Waveform Charge [Micro coulombs] | Pulse Duration [Microseconds] | Pulse Rate [Pulses per second] | Peak Loaded Amplitude [Volts] |
|---|---|---|---|---|
| X26P CEW Specification Range | 63 ± 9 | 50 – 125 | 19 ± 1 | 840 - 1440 |
| X13004X2K | 66.04 | 82.20 | 19.52 | 1,213 |



*Figure 3.3.1- X13004WWX Pulse Rate*

ANA-01925



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 3.3.2 - X13004WWX Waveform*



*Figure 3.3.3 – X13004WWX Pulse Rate Test Pulse Graph*

ANA-01926



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 3.3.4 - X13004WWX Waveform Test Pulse Graph*

### 5.  **X26P CEW X13004WWX Post Electrical Analysis Download:**

The X26P CEW's Event Log was downloaded after the electrical analysis to ensure proper function of the CEW data logging. The downloaded Trilogy Logs for the X26P CEW X13004WWX showed the 3 trigger activations from the function test and electrical analysis with the proper date, time (within minutes as the oscilloscope and CEW were not synchronized, plus time zone differences), temperature, duration, and battery capacity. The Event Log, *TASER_X26P_X13004WWX_online_postanalysis.pdf*, downloaded after the electrical analysis, is enclosed with this report along with the original Event Log downloaded prior to the electrical analysis.

### 6.  **X26P CEW X13004X2K Electrical Analysis:**

The X26P CEW was tested for electrical output on January 23, 2019 using the Axon *Certified Test Procedure for Testing to TASER X26, X26P, and X2 Specifications, revision 11.0, dated November 1, 2017*. The testing equipment and facilities are maintained in accordance with Axon's ISO 9001:2015 certification (certificate no 06-R0974).

The output specification test for the X26P is designed to test the critical parameters of the CEW:  charge; pulse duration; and pulse repetition rate.  The test protocol uses an average of at least 8 sample pulses for analysis, i.e., about half a second of output from the CEW. For testing and evaluating the electrical output from a CEW, this sampling method improves the accuracy and consistency of the data versus simply taking a single sampling of the waveform. The electrical measurements are performed from where the waveform exceeds approximately 50 volts in absolute amplitude.

ANA-01927



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

After an initial function test, the X26P CEW was activated 2 times into an Ohmite® LN100J600 600 Ohm non-inductive resistive load. The first load activation tested the pulse rate of the CEW. The second activation tested the Output Charge, Peak Loaded Voltage, and Pulse Duration. The pulses and waveform were measured using a Tektronix® DPO3034 Oscilloscope (SN C011815), calibrated by Tektronix, Inc. with a calibration due date of September 2019, a Tektronix P5100 Voltage Probe calibrated by Tektronix, Inc. with a calibration due date of December 2019, and a Tektronix TCP-202 Current Probe (SN B040077), calibrated by Tektronix, Inc. with a due date of December 2019. The Signal Path Compensation procedure was performed on the oscilloscope before testing on January 23, 2019.

The testing performed on the X26P CEW with the original PPM, serial number E18571280, at 55% capacity revealed the CEW is functioning within published specifications for pulse rate, peak loaded voltage, output charge, and pulse duration.

Enclosed in this report are oscilloscope screen graphics and Pulse Graphs from the X26P CEW X13004X2K from the tests. Table 6.1 below displays the testing results for the X26P CEW X13004X2K:

*Table 6.1 – X13004X2K Results*

| Measures | Full Waveform Charge [Micro coulombs] | Pulse Duration [Microseconds] | Pulse Rate [Pulses per second] | Peak Loaded Amplitude [Volts] |
|---|---|---|---|---|
| X26P CEW Specification Range | 63 ± 9 | 50 – 125 | 19 ± 1 | 840 - 1440 |
| X13004X2K | 61.49 | 85.20 | 19.59 | 1,107 |

ANA-01928



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 3.3.1 - X13004X2K Pulse Rate*



*Figure 3.3.2 - X13004X2K Waveform*

19



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 3.3.3 – X13004X2K Pulse Rate Test Pulse Graph*



*Figure 3.3.4 - X13004X2K Waveform Test Pulse Graph*

## 7.  X26P CEW X13004X2K Post Electrical Analysis Download:

The X26P CEW's Event Log was downloaded after the electrical analysis to ensure proper function of the CEW data logging. The downloaded Trilogy Logs for the X26P CEW X13004X2K showed the 3 trigger activations from the function test and electrical analysis with the proper date, time (within minutes as the oscilloscope and CEW were not synchronized, plus time zone differences), temperature, duration, and battery capacity. The Event Log, *TASER_X26P_X13004X2K_online_postanalysis.pdf*,

20

ANA-01930



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

downloaded after the electrical analysis, is enclosed with this report along with the original Event Log downloaded prior to the electrical analysis.

**8.  X26P CEW X13004WWX Inspection**

The X26P CEW X13004WWX was inspected for damage that could impede functionality or add risk to the Trilogy Log integrity. This inspection focused on the integrity of the CEW seams, safety functionality, CID functionality, and battery contacts. There was no damage found that would be expected to impede functionality.

**9.  X26P CEW X13004X2K Inspection**

The X26P CEW X13004X2K was inspected for damage that could impede functionality or add risk to the Trilogy Log integrity. This inspection focused on the integrity of the CEW seams, safety functionality, CID functionality, and battery contacts. There was no damage found that would be expected to impede functionality.

**10. Cartridge, Wire, & Probe Analysis**

The X26P CEW deploys TASER brand Standard Cartridges. The cartridges for the X26P CEW are offered in distances of 15ft, 21ft, and 25ft. The cartridge contains a "blast door" that not only holds the wires and probes before deployment, but also assists in the deployment of the cartridge by guiding the electrical arc to the primer via a conductive ink strip. The color of the cartridge blast door indicates the length of wire, or distance of the cartridge. A yellow blast door indicates a 15ft cartridge, a silver blast door indicates a 21ft cartridge, and a green blast door indicates a 25ft cartridge. When the X26P CEW is trigger activated, the first electrical arc ignites a primer, which pushes a nitrogen filled gas capsule into a puncture pin. When the nitrogen gas escapes from the capsule, the air propels the wire-tethered probes forward, also ejecting the Anti-Felon Identification (AFID) tags. AFID tags contain print of the serial number of the cartridge they were ejected from.

ANA-01931



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 3.3.1- Standard Cartridge cutaway diagram*

## Standard Cartridge – 15, 21 & 25 Ft

### The top probe is "horizontal" relative to the



### Bottom probe 8 degrees down

*Figure 3.3.2- Probe angles*

ANA-01932



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS NOW **AXON ENTERPRISE**

| Cartridges | Cartridges |
|---|---|
| • TASER cartridges are used in the X26, X26P, M26 and SHOCKWAVE CEWs<br>  – Available in 15, 21, 25 and 35 ft*<br>• All TASER cartridges have a 5 year expiration from date of manufacture<br><span style="color:red">TASER cartridges are deployed by electrical arc. Discharging CEW, static electricity, or other electrical source can cause inadvertent cartridge deployment.</span> |    <br>15 ft.<br>(4.6 meters)<br>Yellow blast doors<br>Live cartridge<br>Regular probe    21 ft<br>(6.4 meters)<br>Silver blast doors<br>Live cartridge<br>Regular probe    XP 25 ft.<br>(7.6 meters)<br>Green blast doors<br>Live cartridge<br>XP probe    XP 35 ft<br>Special Duty<br>(10.67 meters)<br>Orange door<br>Live cartridge XP probe |

\* The 35ft cartridge is no longer available

| | |
|---|---|
|  | **Probe Placement**<br>(Does not apply to 35 ft cartridges)<br><br>• Deployment range from point blank to 15, 21, or 25 feet depending on cartridge<br><br>• Preferred range = 7 to 15 feet from target for probe spread, officer safety, and accuracy |
| **Deployment Distance Considerations**<br><br>Deployments from 0-7 feet (0-2 meters):<br>• Higher hit probability<br>• Limited probe spread = low amount of muscle mass affected<br>• Short reactionary distance | **Deployment Distance Considerations**<br><br>Deployments from 0-7 feet (0-2 meters):<br>• Consider targeting the waist area to "split the belt line":<br>  – Affect core muscles needed for balance<br>• Avoid probes near the heart or in chest:<br>  – Low probability of NMI<br>  – Increases dart-to-heart safety distance<br> |
| **Deployment Distance Considerations**<br><br>Deployments from 7-15 feet (2-4.5 meters):<br>• Higher hit probability<br>• Good probe spread = good amount of muscle affected<br>• Slack in wires (with 21 or 25 foot cartridges)<br>• Good reactionary distance | **Deployment Distance Considerations**<br><br>Deployments from 15 – 25 feet (4.5 – 7.6 m):<br>• May be out of range of 15/21' cartridges<br>• Fair hit probability with both probes<br>• Large probe spread = large amount of muscle affected<br>• Less slack in wires<br>• Larger reactionary distance |

*Figure 3.3.3 – Cartridge Summary*

ANA-01933



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

AXON.COM

## AFIDs

 

- Each cartridge contains 22-30 Anti-Felon Identification Tags (AFIDs) with the cartridge serial number printed on them.
- Cartridges manufactured after November 2009 have the serial number and 2D barcode LASER engraved onto the back of the cartridge

*Figure 3.3.4- AFID information*

AFID is an acronym for Anti‑Felon Identification. When a TASER cartridge or a Smart cartridge is deployed, 20‑30 identification tags called AFIDs are dispersed. The AFIDs are printed with the serial number of the cartridge they are deployed from and help in determining the purchaser of the cartridge. The AFIDs were originally created for civilian sales of TASER CEWs to deter criminal use. As an offshoot of this, many law enforcement agencies collect AFID tags at the scene of a deployment to determine the number of cartridges deployed and who deployed them. This helps to prevent abuse and protects officers from unfounded allegations through documentation of use.

In addition to the Full Analysis of the X26P CEW, an analysis of the expended 25' Standard Cartridges with serial numbers C410623RN and C4106241X, wire, and probes submitted with the X26P CEWs were inspected and analyzed to investigate whether evidence exists of electrical discharge through the probes.

### 10.1.  Item 6.1 - Cartridge C4106241X

The expended 25' Standard cartridge with serial number C4106241X was inspected. Both of the wires are not present, both broken at the wire pouch. All expected components, with the exception of the broken wire, are present and in-tact.

ANA-01934



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 10.1.1 – Expended Cartridge C4106241X*

### 10.2.  Item 7.1 - Cartridge C410623RN

The expended 25' Standard cartridge with serial number C410623RN was inspected. It has one tangled bundle of wire still attached to it and one wire broken at the wire pouch. All expected components, with the exception of the broken wire, are present and in-tact.

ANA-01935



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**



*Figure 10.2.1 – Expended Cartridge C410623RN*

### 10.3.  <u>**EM9 - Probe**</u>

The evidence envelope EM9 contains a CEW cartridge probe front portion that is missing the rear half of its body. The probe's barb end is curved and bent. The missing rear half of its body and bent nature of the barb end indicate the probe impacted a hard surface at some point or was bent after impact. The wire knot end would be inserted in the rear half of the probe body, so the typical wire knot inspection could not be conducted.

ANA-01936



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 10.3.1- EM9 Probe missing rear body and wire knot*



*Figure 10.3.2 – EM9 Probe missing rear body and wire knot*

### 10.4.  <u>EM10 – Probe 1</u>

The evidence envelope EM10 contains two probes in containers labelled "Probe 1" and "Probe 2". Probe 1 is missing the wire knot (Figure 10.4.1) and therefore the



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON** ENTERPRISE

typical wire knot inspection could not be conducted. The probe's barbed end is straight and visually appears clean and free of foreign material (Figure 10.4.2).



*Figure 10.4.1 – EM10 Probe 1 missing wire knot*



*Figure 10.4.2 – EM10 Probe 1 barbed end*

ANA-01938



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE

### 10.5.   EM10 – Probe 2

"Probe 2" from the envelope labelled EM10 is missing the wire knot (Figure 10.5.1) and therefore the typical wire knot inspection could not be conducted. The probe's barbed end is slightly bent, but visually appears clean and free of foreign material (Figure 10.5.2).



*Figure 10.5.1 – EM10 Probe 2 missing wire knot*

ANA-01939



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON ENTERPRISE**



*Figure 10.5.2 – EM10 Probe 2 barbed end*

### 10.6. <u>"Item 9" Wire Bundle</u>

The sealed envelope labelled "Item 9" contains a bundle of apparent cartridge wire.



*Figure 10.6.1 – Item 9 wire bundle*

ANA-01940



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON** ENTERPRISE

Four (4) wire ends were located within the wire bundle (Figure 10.6.2). Three (3) of the wire ends appear to have been pulled rather than cut, indicated by the stretched insulation, while one of the wire ends has evidence of electrical discharge (Figure 10.6.3), indicated by the melted insulation rather than stretched insulation (Figure 10.6.4). The wire end with electrical discharge evidence does not contain bends in the wire indicative of it being from the wire knot of a probe.



*Figure 10.6.2 – Item 9 wire ends*

ANA-01941



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 10.6.3 – Item 9 wire end with electrical discharge*



*Figure 10.6.4 – Item 9 wire ends pulled insulation vs melted insulation*

It cannot be determined which cartridge or probe(s) the wire bundle in the envelope labelled "Item 9" belonged to. Although one (1) wire end has evidence of discharge, we cannot determine what type of load or conductive surface the discharge was delivered to.

32



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON** ENTERPRISE

### 10.7.   <u>"Item 10" Wire Bundle and Probe Rear</u>

The sealed envelope labelled "Item 10" contains a bundle of apparent cartridge wire with the rear of a cartridge probe attached via a wire knot. The rear probe appears to belong to the front of the probe contained in the envelope labeled EM9.



*Figure 10.7.1 – Item 10 wire bundle*

The wire knot is present in the rear of the probe (Figure 10.7.2). The probe rear's metal surface is damaged (Figure 10.7.3), indicating it had hit a hard surface on impact or was forced into a hard object that scratched the probe's surface after impact.

ANA-01943



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 10.7.2 Item 10 rear of probe with wire knot*



*Figure 10.7.3 - Item 10 surface damage*

The probe's wire knot has evidence of electrical discharge, indicating the CEW discharged through the probe (Figure 10.7.4). It cannot be determined if the discharge occurred before or after the rear probe body was separated from the front probe body.

ANA-01944



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW AXON ENTERPRISE



*Figure 10.7.4 – Item 10 wire knot end*

Three (3) wire ends were found in the wire bundle. Each of the ends appear to have been pulled rather than cut, indicated by the stretched insulation (Figure 10.7.5).



*Figure 10.7.5 – Item 10 wire ends*

ANA-01945



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

## 11. <u>Summary:</u>

An analysis of the X26P CEW X13004WWX and X26P CEW X13004X2K was conducted in reference to a reported incident on October 27, 2018 with the following summarized results:

**The X26P CEW X13004WWX:**

- was trigger activated 1 time on October 27, 2018;
- experienced clock drift of 20 seconds fast (ahead) on October 27, 2018;
- had an intermittent electrical connection on Activation Sequence 391 and would not have had potential for full effectiveness;
- did not record any faults or errors that would be expected to impede functionality on October 27, 2018;
- is operating within published specifications; and
- has no visual damage that would be expected to impede functionality.

**The X26P CEW X13004X2K:**

- was trigger activated 1 time on October 27, 2018;
- experienced clock drift of 5 seconds slow (behind) on October 27, 2018;
- had a complete electrical connection on Activation Sequence 449 and had potential for effective NMI, given all conditions for NMI were met;
- did not record any faults or errors that would be expected to impede functionality on October 27, 2018;
- is operating within published specifications; and
- has no visual damage that would be expected to impede functionality.

**The Probe, Wire, and Cartridge Inspection showed:**

- Cartridge C4106241X is deployed and has all expected components in-tact;
- Cartridge C410623RN is deployed and has all expected components in-tact;
- The "EM9" probe is missing the rear half of the body and wire knot. The barbed end is severely bent, indicating it struck a hard object or was bent after impact.
- The "EM10" Probe 1 is missing the wire knot, preventing the wire knot analysis. The barbed end is straight and appears visually clean and free of foreign material.
- The "EM10" Probe 2 is missing the wire knot, preventing the wire knot analysis. The barbed end is slightly bent and appears visually clean and free of foreign material.

ANA-01946



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

**TASER INTERNATIONAL** IS
NOW **AXON ENTERPRISE**

- The "Item 9" wire bundle contains a rear half of a cartridge probe and may belong to the "EM9" probe half. The wire knot is present in the rear probe and shows evidence of electrical discharge.
- Four ends of wire were located within the "EM9" bundle. Three ends appear broken due to wire stretching and the fourth end shows evidence of electrical discharge.
- The wire end with evidence of electrical discharge does not appear to have come from a probe's wire knot.
- The "Item 10" wire bundle does not contain any probes or probe sections. 3 ends of wire were located within the bundle and each end appears broken due to wire stretch.

Axon recommends that all CEWs be downloaded and clocks synchronized at least every 3 months and that functional tests be performed daily before each shift.

The X26P CEWs X13004WWX and X13004X2K, XPPMs E18572924 and E18571280, deployed cartridges C4106241X and C410623RN, probes, wire, and all other evidence received with the CEWs are being returned 'as is'.

Sincerely,

Bryan Chiles
Technical Compliance Manager

Enclosures:
- *TASER_X26P_X13004WWX_online.pdf* - PDF file containing the original Event Log from X26P CEW X13004WWX.
- *TASER_X26P_X13004X2K_online.pdf* - PDF file containing the original Event Log from X26P CEW X13004X2K.
- PDF file containing the X26P CEW X13004WWX Pulse Graph from the Activation Sequence 391.
- PDF file containing the X26P CEW X13004X2K Pulse Graphs from the Activation Sequence 449.
- *X13004WWX Electrical Analysis Form.pdf* - Electrical Analysis form for the X26P CEW X13004WWX.
- *tek00000.png* – Oscilloscope screenshot from the Pulse Rate Test for the X26P CEW X13004WWX
- *tek00001.png* – Oscilloscope screenshot from the Waveform Test for the X26P CEW

ANA-01947



17800 N 85TH STREET
SCOTTSDALE, ARIZONA 85255

AXON.COM

TASER INTERNATIONAL IS
NOW **AXON ENTERPRISE**

X13004WWX

- *X13004X2K Electrical Analysis Form.pdf* - Electrical Analysis form for the X26P CEW X13004X2K.

- *tek00002.png* – Oscilloscope screenshot from the Pulse Rate Test for the X26P CEW X13004X2K

- *tek00003.png* – Oscilloscope screenshot from the Waveform Test for the X26P CEW X13004X2K

- *TASER_X26P_X13004WWX_online_post-analysis.pdf* - PDF file containing the Event Log from X26P CEW after the electrical analysis.

- *TASER_X26P_X13004X2K_online_post-analysis.pdf* - PDF file containing the Event Log from X26P CEW after the electrical analysis.

- PDF files containing the X26P CEW X13004WWX Pulse Graphs from the function test and electrical analysis trigger pulls.

- PDF files containing the X26P CEW X13004X2K Pulse Graphs from the function test and electrical analysis trigger pulls.

- Check in photos of both X26P CEWs and APPMs

- Probe, Wire, and Cartridge Analysis still and microscope photos.

ANA-01948