UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:19-cv-00315-JLS-JDE                                    Date: November 17, 2022
Title: Teresa Perkins v. City of Anaheim et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) LIFTING STAY; (2) SETTING FINAL PRETRIAL CONFERENCE DATE; AND (3) ORDERING PARTIES TO MEDIATION**

    This action has been stayed pending appeal (*see* Stay Order, Doc. 104).  On November 16, 2022, the Mandate from the Ninth Circuit issued.  (*See* Doc. 110.)  Accordingly, the appeal is now resolved, and the stay is lifted.

    The Court sets the Final Pretrial Conference on **February 10, 2023 at 10:30 a.m.**  The parties shall file updated pretrial documents that address only the remaining claims.  All pretrial documents shall be filed in accordance with the Local Rules and this Court's Civil Trial Order (Doc. 24), and the parties should note that the Civil Trial Order supersedes the Local Rules where there are conflicts.

    The deadline to file motions, including motions *in limine*, has expired.  No further briefing on any pending motion *in limine* is permitted.  However, if the parties reach any stipulations as to the issues raised in any motion *in limine*, they are to apprise the Court in writing no later than **January 13, 2023**.

    The parties are further ORDERED to mediation, which shall take place no later than **January 13, 2023**, and to file a joint status report no later than five (5) days after the mediation takes place.

                                                                          Initials of Deputy Clerk: vrv