ANAHEIM CITY ATTORNEY'S OFFICE
GREGG M. AUDET (SBN 158682)
Assistant City Attorney
E-mail: gaudet@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123
*Attorneys for Defendants*

Mildred K. O'Linn (State Bar No. 159055)
G. Craig Smith (State Bar No. 265676)
Steven J. Renick (State Bar No. 101255)
**MANNING & KASS,**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900; Fax (213) 624-6999
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA PERKINS, as Successor-in-Interest to Decedent Justin Perkins; and DAVID MICHAEL PERKINS,<br><br>    Plaintiffs,<br>        v.<br><br>CITY OF ANAHEIM, a municipal corporation; SHIAO WANG; KENNY LEE; KENNETH EDGAR; RICKY REYNOSO; CASEY MORRISON; and DOES 1-50, inclusive, individually and in their official capacities as Police Officers for the City of Anaheim Police Department,<br><br>    Defendants. | Case No.:    8:19-cv-00315-JLS-JDE<br><br>Assigned to: Hon. Josephine L. Staton<br>Dept.:        10A<br><br>**NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION** |

1

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a tentative settlement of this entire case for a specified amount subject to approval by CITY OF ANAHEIM's city council. That approval process is anticipated to be completed in 60 days. The settlement is between the plaintiff and the CITY OF ANAHEIM.

Upon approval of the settlement and full payment of the settlement proceeds, the action including all of the claims against all of the Defendants will be dismissed. Specifically, after execution of a release and settlement agreement, and within seven (7) days after the settlement funds are received by plaintiff's counsel, the entire case shall be dismissed with prejudice. Thus, the parties request that all hearing dates be vacated and that all proceedings be stayed for at least three months (90 days) in anticipation of the city council's consideration of the tentative settlement and its finalization.

Dated: January 13, 2023

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ G. Craig Smith
Mildred K. O'Linn
G. Craig Smith
Steven J. Renick
Attorneys for Defendant
City of Anaheim and Defendants Shiao Wang, Kenny Lee, Kenneth Edgar, Ricky Reynoso and Casey Morrison

| | | |
|---|---|---|
| 1 | Dated: January 13, 2023 | **LAW OFFICES OF JOHN L. BURRIS** |
| 2 | | |
| 3 | | By:  /s/ DeWitt Lacy |
| 4 | | DeWitt M. Lacy |
| 5 | | K. Chike Odiwe |
|   | | Attorneys for Plaintiffs Teresa Perkins and David Michael Perkins |

3

**SIGNATURE ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.

DATED: January 13, 2023     **MANNING & KASS**
                            **ELLROD, RAMIREZ, TRESTER LLP**


                            By:      /s/ G. Craig Smith
                                  Mildred K. O'Linn
                                  G. Craig Smith
                                  Steven J. Renick
                                  Attorneys for Defendant/Counterclaimant City of Anaheim and Defendants Shiao Wang, Kenny Lee, Kenneth Edgar, Ricky Reynoso and Casey Morrison