| | |
|---|---|
| 1 | GREGG M. AUDET (SBN 158682) |
| 2 | Assistant City Attorney |
|   | 200 S. Anaheim Boulevard, Suite 356 |
| 3 | Anaheim, California  92805 |
| 4 | Tel: (714) 765-5169 |
| 5 | MILDRED K. O'LINN (SBN 159055) |
|   | Manning & Kass, Ellrod, Ramirez, Trester LLP |
| 6 | 801 S. Figueroa St, 15th Floor |
| 7 | Los Angeles, California 90017-3012 |
|   | Tel: (213) 624-6900 |
| 8 | |
| 9 | DEWITT M. LACY (SBN 258789) |
|   | K. CHIKE ODIWE (SBN 315109) |
| 10 | 9701 Wilshire Blvd., Suite 1000 |
|    | Beverly Hills, CA  90212 |
| 11 | Tel: (310) 601-7070 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA PERKINS, as Successor-in-Interest to Decedent Justin Perkins; and DAVID MICHAEL PERKINS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANAHEIM, a municipal corporation; SHIAO WANG; KENNY LEE; KENNETH EDGAR; RICKY REYNOSO; CASEY MORRISON; and DOES 1-50, inclusive, individually and in their official capacities as Police Officers for the City of Anaheim Police Department,<br><br>    Defendants. | Case No.:    8:19-cv-00315-JLS-JDE<br><br>Assigned to:  Hon. Josephine L. Staton<br>Courtroom.:   8A<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed:    2/16/2019 |

///

///

1  The parties to this action, plaintiff and cross-defendant Teresa Perkins, plaintiff David Michael Perkins, defendant and cross complainant City of Anaheim, and defendants Shiao Wang, Kenny Lee, Kenneth Edgar, Ricky Reynoso and Casey Morrison, through their respective attorneys of record, agree that:

IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: February 16, 2020            LAW OFFICES OF JOHN L. BURRIS

                                    By:_____/s/ DeWitt M. Lacy_____
                                         DeWitt M. Lacy
                                         Attorneys for Plaintiffs and Cross-Defendant

Dated: February 16, 2020            ROBERT FABELA, CITY ATTORNEY

                                    By:_____/s/ Gregg M. Audet_____
                                         Gregg M. Audet
                                         Attorneys for Defendants and Cross-Complainant

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 16, 2020        ROBERT FABELA, CITY ATTORNEY


By: _____/s/ Gregg M. Audet_____
   Gregg M. Audet
   Attorneys for Defendants and Cross-Complainant

147960